**[Dnfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:26−bk−06187−LVV
Chapter 7

Cheryl Ann Starling
81 Community Dr
DeBary, FL 32713

Debtor* /

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

To receive a discharge, the Debtor must (i) complete a postpetition instructional course in personal financial management, as described in 11 U.S.C. § 111; and (ii) file a certificate of course completion issued by the instructional course provider, in accordance with Fed. R. Bankr. P. 1007(b)(7). A certification has not been filed in this case. Accordingly,

YOU ARE NOTIFIED that if the Debtor or instructional course provider fails to file the certification within 60 days after the first date set for the meeting of creditors, in accordance with Fed. R. Bankr. P. 1007(c), then this case will be closed without the entry of a discharge.

If you previously submitted a certification dated prior to the petition file date of August 12, 2026, a new postpetition certification form is required.

DATED: November 6, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Clerk's Office is directed to serve a copy of this Notice on:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.