Certificate Number: 15322-FLM-DE-041476107

Bankruptcy Case Number: 26-06187

15322-FLM-DE-041476107

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2026, at 8:38 o'clock PM CDT, Cheryl Starling completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date: September 22, 2026

By: /s/Richard Reibeling

Name: Richard Reibeling

Title: Certified Credit Counselor