United States Bankruptcy Court
Middle District of Florida

In re:
Cheryl Ann Starling
Debtor

Case No. 26-06187-LVV
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6 | User: admin | Page 1 of 1
Date Rcvd: Nov 09, 2026 | Form ID: 7nfmtam | Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Cheryl Ann Starling, 81 Community Dr, DeBary, FL 32713-4301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Gene T Chambers | gtchambers@cfl.rr.com gtc@trustesolutions.com;gtc@trustesolutions.net |
| Philip S Karle | on behalf of Debtor Cheryl Ann Starling philip@aklawfla.com aklaw.ecf@gmail.com;AbelesKarlePLLC@jubileebk.net;pkarle41247@recap.email |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

**[Dnfinmgt]** [Notice of Requirement to File Certification About a Financial Management Course]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No. 6:26–bk–06187–LVV
Chapter 7

Cheryl Ann Starling
81 Community Dr
DeBary, FL 32713

Debtor* /

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

To receive a discharge, the Debtor must (i) complete a postpetition instructional course in personal financial management, as described in 11 U.S.C. § 111; and (ii) file a certificate of course completion issued by the instructional course provider, in accordance with Fed. R. Bankr. P. 1007(b)(7). A certification has not been filed in this case. Accordingly,

YOU ARE NOTIFIED that if the Debtor or instructional course provider fails to file the certification within 60 days after the first date set for the meeting of creditors, in accordance with Fed. R. Bankr. P. 1007(c), then this case will be closed without the entry of a discharge.

If you previously submitted a certification dated prior to the petition file date of August 12, 2026, a new postpetition certification form is required.

DATED: November 6, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Clerk's Office is directed to serve a copy of this Notice on:
Debtor
Debtor's Attorney
Trustee
U.S. Trustee

*All references to "Debtor" include and refer to both the debtors in a case filed jointly by two individuals.